# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **Braspetro Oil Services Company – Brasoil,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. H-04-0748** |
| | § | |
| **Seaboard Equipment Company, Inc.,** | § | |
| **Transmeridien Exploration Incorporated,** | § | |
| **Transmeridien Exploration Incorporated,** | § | |
| **Dingo Drilling, Inc.,** | § | |
| **Caspi Neft TME SOJSC,** | § | |
| **Delta Seaboard Well Service, Inc.,** | § | |
| **and** | § | |
| **American International Industries, Inc.,** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM AND ORDER

The parties have agreed to submit this dispute to mediation before Magistrate Judge Calvin Botley.   All pending motions are therefore **DENIED WITHOUT PREJUDICE TO REFILING** at the conclusion of the mediation proceedings.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of November, 2005.


_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE


**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**